UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHANNON RENEE MCNEAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:14-CV-1353 CAS |
| ) | |
| FRANCIS G. SLAY, THOMAS IRWIN, ) | |
| BETTYE BATTLE-TURNER, RICHARD ) | |
| H. GRAY, ERWIN SWITZER, D. SAMUEL ) | |
| DOTSON, MARK GARAZINI, VINCENT ) | |
| SIMPHER, ANDREW CREWS, SLMPD ) | |
| DOE DEFENDANTS 1-99, ST. LOUIS ) | |
| DIVISION OF CORRECTIONS, RICHARD ) | |
| H. GRAY, DALE GLASS, CORRECTIONS ) | |
| DOE DEFENDANTS 1-99, M. JANE ) | |
| SCHWEITZER, CIRCUIT CLERK DOE ) | |
| DEFENDANTS 1-99, and CITY OF ) | |
| ST. LOUIS, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF PARTIAL DISMISSAL

This matter is before the Court on defendant St. Louis Division of Corrections' Motion to Dismiss. In response, plaintiff filed a Notice of Voluntary Dismissal, conceding that the St. Louis Division of Corrections is not a suable entity.

Accordingly,

**IT IS HEREBY ORDERED** that defendant St. Louis Division of Corrections' Motion to Dismiss is **GRANTED**. [Doc. 19]

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that plaintiff's claims against defendant St. Louis Division of Corrections are **DISMISSED**.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  14th  day of October, 2014.