**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

SHANNON RENEE McNEAL,

Plaintiff,

v.

FRANCIS SLAY, et al.

Defendants.

Case No. 4:14-CV-1353-CAS

## MEMORANDUM

The parties advise the Court that the matter has settled.  The parties request 30 days to finalize settlement and dismiss the matter.

HACKING LAW PRACTICE, LLC

/s/ James O. Hacking, III
James O. Hacking, III
jim@hackinglawpractice.com
34 N. Gore, Suite 101
Phone: (314) 961-8200
Fax: (314) 961-8201

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify this Memorandum was electronically filed with the Court for service by means of Notice of Electronic Filing upon:

Mr. J. Brent Dulle
Associate City Counselor
1200 Market Street
City Hall Room 314
St. Louis, Missouri 63103
dulleb@stlouis-mo.gov

Ms. Dana Tucker
Missouri Attorney General's Office
P.O. Box 861
St. Louis, MO 63188
dana.tucker@ago.mo.gov

Ms. Karin A. Schute
Missouri Attorney General's Office
P.O. Box 861
St. Louis, MO 63188
karin.schute@ago.mo.gov

/s/ James O. Hacking, III