IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SHANNON RENEE McNEAL,

Plaintiff,

v.

FRANCIS SLAY, et al.

Defendants.

Case No. 4:14-CV-1353-CAS

## MOTION TO ENFORCE SETTLEMENT

This case settled on November 25, 2014. Since that time, Plaintiff has provided all settlement documentation to Defendants in a timely fashion. The executed release was provided to Defendants on or about December 10, 2014. Despite this, Defendants have not forwarded the settlement proceeds to the Plaintiff and have not provided a date certain upon which said proceeds will be provided. On December 2, 2014, this Court entered its order directing the parties to dismiss the present action no later than tomorrow, January 1, 2015.

Plaintiff respectfully requests that this Court order the Defendants to pay the settlement proceeds within 5 days and that the Court not dismiss the case until such payment has been received.

HACKING LAW PRACTICE, LLC

/s/ James O. Hacking, III
James O. Hacking, III
jim@hackinglawpractice.com
34 N. Gore, Suite 101
Phone: (314) 961-8200
Fax: (314) 961-8201

ATTORNEYS FOR PLAINTIFF

# CERTIFICATE OF SERVICE

I hereby certify this Memorandum was electronically filed with the Court for service by means of Notice of Electronic Filing upon:

Mr. J. Brent Dulle
Associate City Counselor
1200 Market Street
City Hall Room 314
St. Louis, Missouri 63103
dulleb@stlouis-mo.gov

Ms. Dana Tucker
Missouri Attorney General's Office
P.O. Box 861
St. Louis, MO 63188
dana.tucker@ago.mo.gov

Ms. Karin A. Schute
Missouri Attorney General's Office
P.O. Box 861
St. Louis, MO 63188
karin.schute@ago.mo.gov

/s/ James O. Hacking, III