# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **SHANNON RENEE MCNEAL,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 4:14-CV-1353 DDN |
| | ) |
| **FRANCIS G. SLAY, et al.,** | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT

In response to Plaintiff Shannon McNeal's ("Plaintiff") Motion to Enforce Settlement, Defendants state the following:

Indeed, the parties reached a global settlement agreement, without specification of amounts to be paid by any individual defendant. Following a snafu with Plaintiff's original release, Plaintiff signed a second, executed release on December 11, 2014, which Defendants likely received a day or two later. Counsel for Defendants requested that a check for payment be processed by the Comptroller (who has exclusive control over the City of St. Louis's disposition of all fiscal affairs, by charter), which commonly takes 7-10 days. However, the presence of Board of Police defendants in this matter added administrative steps in the process here; the City of St. Louis now controls the St. Louis Metropolitan Police Department, but the events alleged in this lawsuit occurred prior to the passage of the statewide ballot measure which gave that local control (which is why these defendants had separate counsel). Thus, part of the settlement sum actually comes from state coffers, which must be paid into the account from which the settlement sum check is written against before the check can issue.

Ultimately, Defendants assure Plaintiff and the Court that the necessary process for issuing the settlement proceeds is happening and asks the Court for an additional 14 days to allow the parties to dismiss this action.

Respectfully submitted,
WINSTON E. CALVERT,
CITY COUNSELOR

/s/ J. Brent Dulle #59705MO
Associate City Counselor
1200 Market Street
City Hall Room 314
St. Louis, Missouri 63103
Phone: 314-622-4644
Fax: 314-622-4956
DulleB@stlouis-mo.gov

**CERTIFICATE OF SERVICE**

I hereby certify this Response was electronically filed with the Court for service by means of Notice of Electronic Filing upon: James O. Hacking, IIII, Hacking Law Practice, LLC, Attorney for Plaintiff, 34 N. Gore, Suite 101, St. Louis, MO 63119, on December 31, 2014.

/s/ J. Brent Dulle